**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Plaintiff Larry Perdue*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY PERDUE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION, ALAN H. SHAW, JAMES A. SQUIRES, AND MARK R. GEORGE,<br><br>Defendants. | No.: 2:23-cv-02634-KM-JBC<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

1

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Larry Perdue ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. No defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor his attorneys have received or will receive any consideration for this dismissal.

The putative class claims alleged in this action will proceed in the first-filed case styled as *Bucks County Employees Retirement System v. Norfolk Southern Corporation*, *et al.*, No. 2:23-cv-00982 pending in the United States District Court for the Southern District of Ohio.

As such, Plaintiff's and the putative class's claims interests are and will be represented.

Dated: May 19, 2023                             Respectfully submitted,

**IT IS SO ORDERED.**                           **THE ROSEN LAW FIRM, P.A.**

**s/ Kevin McNulty**                            /s/ Laurence M. Rosen
**Hon. Kevin McNulty**                          Laurence M. Rosen, Esq.
**U.S. District Judge**                         One Gateway Center, Suite 2600
**Date: 5/22/2023**                             Newark, NJ 07102
                                                Telephone: (973) 313-1887
                                                Fax: (973) 833-0399
                                                lrosen@rosenlegal.com

                                                *Counsel for Plaintiff Larry Perdue*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen